October 1, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

MIAMI BEVERLY, LLC, Appellant

NO. 14-13-00736-CV                    V.

CHAMPION ENERGY SERVICES, LLC, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the summary judgment made final by an order of non-suit signed by the court below on March 26, 2013, and amended on May 22, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that each party shall pay its costs by reason of this appeal.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.